# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**DANIEL STORM,**
        **Petitioner,**

    v.                                                 **Case No. 14-C-0993**

**STATE OF WISCONSIN,**
        **Respondent.**

---

## ORDER

Daniel Storm has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. So far as the petition reveals, he is not physically in custody in connection with the conviction he is challenging, which is a state-court conviction from 1994. Rather, he claims that a fine associated with this conviction is invalid. However, fines associated with criminal convictions do not satisfy the "custody" requirement of the federal habeas statutes, and for this reason claims involving fines are not cognizable in a habeas case. See, e.g., Ryan v. United States, 688 F.3d 845, 849 (7th Cir. 2012) ("A collateral attack under § 2241, § 2254, or § 2255 contests only custody, however, and not fines or special assessments."); Washington v. Smith, 564 F.3d 1350, 1351 (7th Cir. 2009); Hanson v. Circuit Court, 591 F.2d 404, 407 (7th Cir. 1979). Because Storm is not in custody with respect to the conviction he challenges, I lack subject matter jurisdiction over his petition.

Accordingly, **IT IS ORDERED** that this case is dismissed for lack of subject matter jurisdiction.

Dated at Milwaukee, Wisconsin, this 15th day of August, 2014.

                    s/ Lynn Adelman
                    _____
                    LYNN ADELMAN
                    District Judge